**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Humberto CAMPA–FAVELA also known as, Carlos Fabela–DeLeon, Defendant–Appellant.**

**No. 05–50021.**

United States Court of Appeals, Fifth Circuit.

Decided July 22, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM: [*]

IT IS ORDERED that appellee's unopposed motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand to district court for resentencing in light of the Supreme Court's opinion in *USA v. Booker* and this court's opinion in *USA v. Mares* is GRANTED.

IT IS FURTHER ORDERED that appellee's alternative unopposed motion for extension of time for a period of fourteen (14) days from the court's denial of appel-

---

lee's motion to vacate and remand is MOOT.

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.